HONORABLE MARSHA J. PECHMAN

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9 ANA LOPEZ DEMETRIO and FRANCISCO
EUGENIO PAZ, individually and on behalf of
all others similarly situated,

10

11                        Plaintiffs,

12        v.

13 SAKUMA BROTHERS FARMS, INC.,

14                        Defendant.

15

NO. 2:13-cv-01918-MJP

**[PROPOSED] ORDER
PRELIMINARILY APPROVING
SETTLEMENT, DIRECTING
ISSUANCE OF CLASS NOTICE, AND
SCHEDULING FAIRNESS HEARING**

16

17        WHEREAS, the parties have applied for an order preliminarily approving the settlement

18 of this action as stated in the Stipulation of Settlement on file with the Court, which, together

19 with the exhibits attached thereto, sets forth the terms and conditions for a proposed settlement

20 of this class action, upon the terms and conditions set forth therein;

21        WHEREAS, the Court has read and considered the Stipulation of Settlement, the

22 exhibits attached thereto, and the briefing submitted in support of preliminary approval of the

23 settlement and is fully advised;

24        NOW, THEREFORE, IT IS HEREBY ORDERED:

25        1.        Unless otherwise provided herein, all capitalized terms in this order have the

26 same meaning as set forth in the Stipulation of Settlement previously filed with this Court.

1      2.      For purposes of settlement, the Court certifies this case as class action under

2   Rule 23.  The Court certifies the following Settlement Class for all claims:

3              All current and former migrant and seasonal employees of
               Sakuma who performed piece rate fruit harvest work for Sakuma
4              in Washington at any time between October 13, 2010 and
               December 31, 2013.
5

6      3.      The Court preliminarily approves the Stipulation of Settlement and the terms set

7   forth therein—including the relief afforded the Settlement Class, the enhancement awards to

8   the Class Representatives, and the payment of attorneys' fees and costs to Class Counsel

9   (including costs for notice and claims administration)—as being fair, reasonable and adequate.

10  The Stipulation of Settlement is the result of arm's-length negotiations between experienced

11  attorneys who are familiar with class action litigation in general and with the legal and factual

12  issues of this case in particular.

13     4.      For purposes of determining whether the settlement should be finally approved,

14  the Court sets a fairness hearing on _____, 2014, at _____.m., in the courtroom of

15  the Honorable Marsha J. Pechman at the U.S. Courthouse, 700 Stewart Street, Seattle,

16  Washington, 98101.  The Court will hear arguments concerning whether the proposed

17  settlement should be granted final approval by the Court as fair, reasonable and adequate.

18     5.      The Court approves, as to form and content, the Class Notice, Claim Form and

19  Exclusion Form (the "Notice Packet") attached to the Stipulation of Settlement as Exhibit D.

20  In addition, the Court finds that distribution of the Notice Packet in the manner set forth in

21  Paragraph 6 of this order will meet the requirements of due process and applicable law, will

22  provide the best notice practicable under the circumstances, and will constitute due and

23  sufficient notice to all individuals entitled thereto.

24     6.      The procedure for distributing the Notice Packet is as follows:

25             (a)      On July 1, 2014, Sakuma shall provide Class Counsel an updated class

26  contact list with contact information that includes any 2014 temporary Sakuma labor camp

[PROPOSED] ORDER PRELIMINARILY
APPROVING SETTLEMENT, DIRECTING
ISSUANCE OF CLASS NOTICE, AND
SCHEDULING FAIRNESS HEARING - 2
CASE NO. 2:13-CV-01918-MJP

1   addresses for potential Settlement Class Members and any other updated addresses for potential

2   Settlement Class Members.

3            (b)       Within fifteen (15) calendar days of receiving the updated class contact

4   list, Class Counsel shall mail a Notice Packet in Spanish and English to the Settlement Class

5   Members' updated addresses (including any labor camp addresses), as identified in the updated

6   class contact list.  All mailings will be by first class mail.  Class Counsel will also provide a

7   Notice Packet to any Settlement Class Member who contacts Class Counsel and requests a

8   Notice Packet.

9            (c)       To ensure that the maximum number of potential Settlement Class

10  Members have the opportunity to submit claims, Class Counsel will also coordinate with

11  community organizations in Skagit Valley and/or Bellingham to perform outreach with the

12  Settlement Class Members and distribute Class Notice and Claim Forms.  Class Counsel will

13  also arrange a meeting or meetings in Skagit County with Settlement Class Members during the

14  2014 summer harvest to explain the settlement and provide and collect Claim Forms.

15       7.        If the Court grants Final Approval, each member of the Settlement Class who

16  submits a valid and timely Claim Form will be entitled to receive a proportionate share of the

17  Class Payment, calculated as set forth in paragraph 18 of the Settlement Agreement.  To be

18  considered timely, Claim Forms must be submitted by mail, fax, or in person to Class Counsel

19  by October 14, 2014 (or 90 days from the initial mailing date, whichever is later).  If sent by

20  mail, the Claim Form must be postmarked on or before the deadline set forth in the Class

21  Notice.  Settlement Class Members must supply their own postage when submitting a Claim

22  Form to Class Counsel.  Unless they have excluded themselves from the settlement, any Class

23  Members who fail to submit a valid and timely Claim Form will not receive a share of the Class

24  Payment.

25       8.        Members of the Settlement Class may opt out of the Class by submitting an

26  Exclusion Form with a written statement requesting exclusion from the Settlement to Plaintiffs'

[PROPOSED] ORDER PRELIMINARILY
APPROVING SETTLEMENT, DIRECTING
ISSUANCE OF CLASS NOTICE, AND
SCHEDULING FAIRNESS HEARING - 3
CASE NO. 2:13-CV-01918-MJP

1   counsel by October 14, 2014 (or 90 days after the date Notice Packets are initially mailed to

2   Settlement Class Members, whichever is later).

3        9.        Any Settlement Class Member who wishes to object to the Settlement must file

4   with the Court and serve on counsel for the Parties a written statement objecting to the

5   Settlement.  Such written statement must be filed with the Court and served on counsel for the

6   Parties no later than October 14, 2014 (or 90 days after the date the Notice Packets are mailed,

7   whichever is later).  No Class Member will be entitled to be heard at the final Settlement

8   hearing (whether individually or through separate counsel) or to object to the Settlement, and

9   no written objections or briefs submitted by any Class Member will be received or considered

10  by the Court at the final Settlement hearing, unless copies of any written objections or briefs

11  have been filed with the Court and served on counsel for the Parties on or before the

12  Objection/Exclusion Deadline Date.  Class Members who fail to file and timely serve written

13  objections in the manner specified above will be deemed to have waived any objections, will be

14  foreclosed from making any objection (whether by appeal or otherwise) to the Settlement, and

15  will be bound by the terms of the Settlement.

16       10.       All papers in support of final approval of the Stipulation of Settlement must be

17  filed and served no later than _____.

18       11.       At the fairness hearing, the Court shall determine whether the proposed

19  Stipulation of Settlement will be finally approved.

20       12.       The Court reserves the right to adjourn the date of the fairness hearing without

21  further notice to the Settlement Class Members and retains jurisdiction to consider all further

22  applications arising out of or connected with the proposed Stipulation of Settlement.  The Court

23  also retains jurisdiction to consider the claim referenced in Paragraph 14 of this Order.

24       13.       If final approval does not occur, or if the Stipulation of Settlement is terminated

25  or canceled pursuant to its terms, the Parties will be deemed to have reverted to their respective

26  status as of the date and time immediately prior to the execution of the Stipulation of

[PROPOSED] ORDER PRELIMINARILY
APPROVING SETTLEMENT, DIRECTING
ISSUANCE OF CLASS NOTICE, AND
SCHEDULING FAIRNESS HEARING - 4
CASE NO. 2:13-CV-01918-MJP

1  Settlement, and the Stipulation of Settlement will be deemed null and void, will be of no force

2  or effect whatsoever, and will not be admitted, referred to or utilized by any Party for any

3  purpose whatsoever.

4         14.    This order has no effect on Plaintiffs' and Class Members' claims for

5  declaratory relief on the issue of whether Sakuma must provide pay for the time piece-rate

6  workers spend in rest breaks under WAC 296-131-020(2) and the Washington Minimum Wage

7  Act on a going-forward basis.  The Settlement does not resolve, and Plaintiffs and class

8  members do not release, such claims for declaratory relief.  This Court understands that

9  Plaintiffs may present such claims to this Court for resolution or propose to this Court that the

10  underlying legal issue be presented to the Washington Supreme Court as a certified question of

11  law.

12         DONE IN OPEN COURT this ____ day of _____, 2014.

13

14

15                                      _____
                                    UNITED STATES DISTRICT JUDGE

16

17  Presented by:

18  TERRELL MARSHALL DAUDT & WILLIE PLLC

19

20  By:  /s/ Marc C. Cote, WSBA #39824
     Toby J. Marshall, WSBA #32726

21       Email:  tmarshall@tmdwlaw.com
     Marc C. Cote, WSBA #39824

22       Email:  mcote@tmdwlaw.com
     Beau C. Haynes, WSBA #44240

23       Email:  bhaynes@tmdwlaw.com
     936 North 34th Street, Suite 300

24       Seattle, Washington  98103
     Telephone:  (206) 816-6603

25       Facsimile:  (206) 350-3528

26

[PROPOSED] ORDER PRELIMINARILY
APPROVING SETTLEMENT, DIRECTING
ISSUANCE OF CLASS NOTICE, AND
SCHEDULING FAIRNESS HEARING - 5
CASE NO. 2:13-CV-01918-MJP

1   COLUMBIA LEGAL SERVICES

2
    By:   /s/ Daniel G. Ford, WSBA #10903
3          Daniel G. Ford, WSBA #10903
           Email:  dan.ford@columbialegal.org
4          Sarah Leyrer, WSBA #38311
           Email:  sarah.leyrer@columbialegal.org
5          101 Yesler Way, Suite 300
           Seattle, Washington  98104
6          Telephone:  (206) 464-5936
           Facsimile: (206) 382-3386
7

8   *Attorneys for Plaintiffs and Proposed Class*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER PRELIMINARILY
APPROVING SETTLEMENT, DIRECTING
ISSUANCE OF CLASS NOTICE, AND
SCHEDULING FAIRNESS HEARING - 6
CASE NO. 2:13-CV-01918-MJP

1

2                          <u>CERTIFICATE OF SERVICE</u>

3          I, Marc C. Cote, hereby certify that on June 11, 2014, I electronically filed the foregoing

4   with the Clerk of the Court using the CM/ECF system which will send notification of such

5   filing to the following:

6
                        Adam S. Belzberg
7                       Email: abelzberg@grahamdunn.com
                        GRAHAM & DUNN
8                       Pier 70
                        2801 Alaskan Way, Suite 300
9                       Seattle, Washington  98121-1128
                        Telephone:  (206) 340-9654
10                      Facsimile:  (206) 340-9599

11
                        *Attorney for Defendants*
12
            DATED this 11th day of June, 2014.
13
                                          TERRELL MARSHALL DAUDT & WILLIE PLLC
14

15
                                           By:   /s/ Marc C. Cote, WSBA #39824
16                                             Marc C. Cote, WSBA #39824
                                               Email:  mcote@tmdwlaw.com
17                                             936 North 34th Street, Suite 300
                                               Seattle, Washington  98103
18                                             Telephone:  (206) 816-6603
                                               Facsimile: (206) 350-3528
19
20                                        *Attorneys for Plaintiffs and Proposed Class*

21

22

23

24

25

26

[PROPOSED] ORDER PRELIMINARILY
APPROVING SETTLEMENT, DIRECTING
ISSUANCE OF CLASS NOTICE, AND
SCHEDULING FAIRNESS HEARING - 7
CASE NO. 2:13-CV-01918-MJP