The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANA LOPEZ DEMETRIO and FRANCISCO EUGENIO PAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAKUMA BROTHERS FARMS, INC.,<br><br>Defendant. | No. 2:13-cv-01918-MJP<br><br>DEFENDANT SAKUMA BROTHERS FARMS' RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

Defendant Sakuma Brothers Farms Inc. ("Sakuma") does not oppose Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.  That said, and as stated in the underlying motion, Sakuma denies any wrongdoing or liability.  Sakuma contends that if this matter were litigated further, Plaintiffs would face significant obstacles to obtaining class certification and establishing any liability.  The risk faced by Plaintiffs and the putative class members of proceeding with litigation confirms the fairness of this settlement.  Sakuma respectfully joins Plaintiffs in requesting that the Court grant preliminary approval for this class action settlement.

///

///

///

DEFENDANT SAKUMA BROTHERS
FARMS' RESPONSE TO MOTION FOR
PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT -- 1
No. 2:13-cv-01918-MJP
m46591-2189964.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

1  DATED this 23rd day of June, 2014.

*s/Adam S. Belzberg*
Adam S. Belzberg, WSBA #41022
GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way Ste 300
Seattle, WA  98121-1128
Tel:  (206) 340-9654
Fax:  (206) 340-9599
Email:  abelzberg@grahamdunn.com
*Attorneys for Defendant Sakuma Brothers Farms, Inc.*

DEFENDANT SAKUMA BROTHERS FARMS' RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT -- 2
No. 2:13-cv-01918-MJP

m46591-2189964.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

# CERTIFICATE OF SERVICE

The undersigned declares as follows: on the 23rd day of June, 2014, a copy of the foregoing document was served on counsel for plaintiffs, via the court's CM/ECF system, at the addresses set forth below.

| | |
|---|---|
| Toby J. Marshall<br>Marc C. Cote<br>Beau C. Haynes<br>TERRELL MARSHALL DAUDT<br>& WILLIE PLLC<br>936 North 34th St Ste 300<br>Seattle, WA  98103-8869<br>tmarshall@tmdwlaw.com<br>mcote@tmdwlaw.com<br>bhaynes@tmdwlaw.com | Daniel G. Ford<br>Sarah Leyrer<br>COLUMBIA LEGAL SERVICES<br>101 Yesler Way Ste 300<br>Seattle, WA  98104-2552<br>dan.ford@columbialegal.org<br>sarah.leyrer@columbialegal.org |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 23rd day of June, 2014.

*s/Adam S. Belzberg*
Adam S. Belzberg, WSBA #41022
GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way Ste 300
Seattle, WA  98121-1128
Tel:  (206) 340-9654
Fax:  (206) 3409-9599
Email:  abelzberg@grahamdunn.com
*Attorneys for Defendant Sakuma Brothers Farms, Inc.*

DEFENDANT SAKUMA BROTHERS FARMS' RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT -- 3
No. 2:13-cv-01918-MJP
m46591-2189964.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599